E-FILED
Monday, 02 March, 2026  03:18:12 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ALEXANDER GONZALEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 25-cv-4023-SEM-DJQ |
| | ) | |
| KURT OSMUNDSON et al, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

A settlement conference in the above matter is hereby SCHEDULED for **May 15, 2026, at 9:30 a.m.** before United States Magistrate Judge Douglas J. Quivey by video. Zoom instructions are attached. A confidential call will be held with Plaintiff's counsel on **May 12, 2026, at 11:00 a.m.**, and Defendants' counsel on **May 12, 2026, at 11:30 a.m.** The parties are to call in to 551-285-1373 then enter meeting ID 160 363 06109. If the parties have not already done so, prior to **May 12, 2026**, the parties must exchange with each other a confidential initial settlement demand and offer and be prepared to advise the Court of such on the confidential calls. Zoom instructions for those parties appearing at the conference by video are attached. The Clerk shall issue a video writ to ensure Plaintiff's participation in the settlement conference. Zoom instructions for the settlement conference are attached.

The parties shall be prepared to engage in meaningful and good-faith settlement negotiations at the conference. Parties with ultimate settlement authority must be

personally present. Whenever an insurance company or carrier is a party or is defending a party, a representative of the insurance carrier with settlement authority must be present. Any exceptions must be approved by Judge Quivey before the settlement conference. The Court will use a mediation format, and private caucusing with each side. Judge Quivey may address clients directly.

Each party shall provide, in confidence, a concise settlement memorandum, which shall include a brief description of (1) the strengths and weaknesses of their case to include an honest appraisal of liability, (2) the key evidence the party expects to produce at trial, (3) the damages at issue in the case, (4) the party's settlement position and a detailed history of settlement negotiations,[1] (5) any other special issues that may have a material bearing upon settlement discussions (*e.g.,* unresolved legal issues, outstanding liens, insurance coverage, particularly contentious litigation history, related litigation in another forum, attorney fees, etc.), and (6) any issues with settlement format to include whether the parties want it on the record, possible contentious non-monetary terms, the Court's jurisdiction to enforce a settlement, and any other related issues. The settlement position paper should specifically identify any particular circumstances which appear to have impeded efforts thus far to resolve the case. This memorandum shall be submitted no later than **May 7, 2026.**  The memorandum shall include the case number, case name, and be no longer than seven pages double-spaced. The memorandum shall be emailed

---

[1] "Settlement position" means something more than just an argument about the merits of your case or a statement concerning the amount or terms of an outstanding demand or offer.  For the Court and parties to be successful in the limited time provided for this settlement conference, you should provide the Court with a clear understanding of your and your client's actual evaluation of the case and an idea of where you believe the case should settle.

directly to **kristen_potter@ilcd.uscourts.gov**. The email subject line should read**:**

**"Settlement Position Paper for [case number] on [date of conference]."** The position

papers may not be submitted to other parties or other counsel of record.  After receipt of

the position papers, Judge Quivey, in his role as mediator, may have *ex parte* contact with

counsel prior to the mediation.

Lengthy joint sessions, opening statements or the demonstrations/presentations

typical of some private mediations will not take place.  That is the purpose of the

settlement memoranda. Counsel for the parties are strongly encouraged to narrow their

dispute(s) before appearing before the Court. Counsel are also advised – and should

advise their client(s) – that during the conference they should expect that the Court will

devote substantial time to separate caucuses with each party and may have discussions

with counsel alone.

Enter: March 2, 2026

/s/Douglas J. Quivey

DOUGLAS J. QUIVEY
UNITED STATES MAGISTRATE JUDGE

03/31/22

Zoom Connection Information for Judge Quivey

Zoom Link: https://zoom.com/join

Meeting ID: **160 363 06109**

Audio Only (Call In): 551-285-1373

# *CONNECTION INSTRUCTIONS FOR PC*

## **If You Already Have Zoom Installed on Your PC**

**1. Open the Zoom application on your PC**



**2. Click the blue "Join Meeting" button**



**3. In the first box, enter the Meeting ID found above**

**4. In the second box, enter Your Name**

**5. Once you have filled both of those out, hit the Join button.**



## <span style="color:red">If You Do Not Have Zoom Installed on Your PC</span>

Navigate to https://zoom.com/join
On the website, enter the meeting ID found at the top of this packet and then hit the **Join** button



A new screen will come up and at the bottom of it there will be a **Download Now** link. Select that link to download the zoom client for *this meeting*.



ILCD v 1.0                                                                11/18/21

Depending on what web browser you are using (Chrome, Internet Explorer, Edge, Firefox), a download will start. Find where the download is at and open it like so



---------------------------------------------------------------------------------------------------------------------

*Note*
*If the courtroom deputy has not started the meeting yet, you will encounter this screen*



Please keep this window open. Once the courtroom deputy starts the meeting, the screen will disappear, and you will be let into the waiting room.

ILCD v 1.0                                                                                              11/18/21

Once the courtroom deputy starts the meeting, you will then come to a screen that looks like this



You will need to wait here until the courtroom deputy lets you into the meeting.

---

**\*Note\***

*The courtroom deputy may send you a message while you are in the waiting room letting you and the other participants know if a hearing is running late or may provide other instructions. If you get a message while waiting for the courtroom deputy to let you into the meeting your screen will display a chat window on the right side like this one:*

---



ILCD v 1.0                                                                11/18/21

Once you have been admitted into the meeting you will get a pop up that looks like this. Select the **Join with Computer Audio** button.



# *Connection Instructions for Mobile Devices*

Open Zoom on your Phone

| If you **have** a Zoom account and are already signed in, select the blue **Join** button at the top of the screen | If you **do not have** a Zoom account, open Zoom and select the blue **Join Meeting** button |
|---|---|

In the first box, enter the **Meeting ID** found above
In the second box, enter **Your Name**
Once you have filled both of those out, hit the **Join** button.



ILCD v 1.0                                                                                          11/18/21

> **\*Note\***
> *If the courtroom deputy has not started the meeting yet, you will encounter this screen*



**You may encounter a screen asking you if you want to join with video. Depending on how you need to be present in the hearing, toggle your video on or off here.**

**Once the courtroom deputy starts the meeting, your screen will change to this. You will need to wait here until the courtroom deputy lets you into the meeting.**





ILCD v 1.0                                                                                          11/18/21

**\*Note\***

*The courtroom deputy may send you a message while you are in the waiting room letting you and the other participants know if a hearing is running late or may provide other instructions. If you get a message while waiting for the courtroom deputy to let you into the meeting it will appear in the top left corner of your screen. Touching the chat icon will bring up the message*





Once you have been admitted into the meeting, Zoom will ask you to enable your audio. Select the **WiFi or Cellular Data** option

